**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: Phyllis A. Loveday, | : | Case No. 14-51032 |
| | | Chapter 13 |
| Debtor. | : | Judge Preston |

## CHANGE OF ADDRESS

The Debtor, by and through counsel, hereby notifies this Court and the Trustee that his new address is 127 Pine Street, Side B, Gallipolis, OH 45631.

Respectfully submitted,

/s/Christopher Gallutia_____
Christopher Gallutia (0011775)
Attorney for Debtor
7668 Slate Ridge Blvd
Reynoldsburg, OH 43068
(614) 575-1145 phone
(614) 755-4977 fax
gallutia@yahoo.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Change of Address was sent, by regular U.S. mail, postage prepaid, this 2nd day of April, 2015 to the U.S. Trustee, 170 North High Street, #200, Columbus, OH 43215 and Mr. Frank M. Pees, Chapter 13 Trustee, 130 E Wilson Bridge Rd, Suite 200, Worthington, OH 43085.

/s/Christopher Gallutia_____
Christopher Gallutia (011775)
Attorney for Debtor